UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                    )        CASE NO. 05-29814-FJO-7A
                                          )
JEROME A. FOLLMAR, II                     )
JUDY A. FOLLMAR,                          )
        Debtor(s).                        )

### APPLICATION TO PAY UNCLAIMED FUNDS INTO THE COURT

Comes now Randall L. Woodruff, Trustee, and in support of his Application to Pay Unclaimed Funds into the Court, would show the Court as follows:

1.      On or about September 29, 2008, the Trustee filed a Motion for Authority to Intercept Debtors' 2008 Tax Refund because the debtors had failed to turn over their 2005 tax refund to their bankruptcy estate and said motion was granted on October 8, 2008.

2.      On March 6, 2009, the Trustee received the Debtors' 2008 tax refund in the amount of $6400.00 of which only $4533.00 belongs to the bankruptcy estate,

3.      Both the Trustee and debtors' attorney have tried unsuccessfully to locate a current address for the debtors.

4.      The Trustee requests, pursuant to 11 U.S.C. § 347, permission to pay over to the United States Bankruptcy Court the sum of $1867.00 as unclaimed funds in the bankruptcy estate to be held for the debtors.

WHEREFORE, Randall L. Woodruff, Trustee, respectfully requests the Court to allow him to pay over to the United States Bankruptcy Court, as unclaimed funds, the sum of $1867.00 for Debtors Jerome A. Follmar II and Judy A. Follmar and for all other relief proper in the premises.

/s/ Randall L. Woodruff
_____
Randall L. Woodruff, Trustee

**Prepared by:**
**Woodruff Law Offices, P.C.**
**Randall L. Woodruff, Attorney at Law**
**Attorney # 2302-48**
**115-A East Ninth Street**
**Anderson, IN  46016-1509**
**Telephone (765) 644-6464**

### CERTIFICATE OF SERVICE

The undersigned hereby certified that a copy of the foregoing has been served personally, electronically or by depositing same in the U.S. mail, first-class postage prepaid, on June 24, 2009, upon the following person(s):
        U.S. Trustee
        Debtor and counsel
        Interveners and parties in interest

/s/ Randall L. Woodruff
_____